**Electronically Filed**
**Supreme Court**
**SCWC-12-0000421**
**02-JUL-2015**
**11:54 AM**

SCWC-12-0000421

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WELLS FARGO BANK, N.A., AS TRUSTEE FOR SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-FR2 MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-FR2,
Respondent/Plaintiff-Appellee,

vs.

GEORGE KAIPO AH CHONG, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000421; CIVIL NO. 10-1-272)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant George Kaipo Ah Chong,

Jr.'s, Application for Writ of Certiorari filed on May 18, 2015,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 2, 2015.

George Kaipo Ah Chong, Jr.             /s/ Mark E. Recktenwald
petitioner pro se

                                       /s/ Paula A. Nakayama

                                       /s/ Sabrina S. McKenna

                                       /s/ Richard W. Pollack

                                       /s/ Michael D. Wilson

